1
2
3
4
5  JS 6
6
7
8
9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  Sprite Industries, Inc., <br> 12  a California corporation, <br> 13          Plaintiff, <br> 14 <br> 15      v. <br> 16  Sun Water Systems, Inc., a Texas <br>     corporation, and DOES 1-10, inclusive, <br> 17 <br> 18          Defendants. | Case No. CV11-04943 DSF (CWx) <br><br> **FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SUN WATER SYSTEMS** |

19

20    This case having come on before this Court upon the pleadings, and it being
21 represented to the court that Plaintiff Sprite Industries, Inc. ("Sprite") and Defendant
22 Sun Water Systems, Inc. ("Sun"), have settled their differences with respect to the
23 matters in dispute by a Settlement Agreement.  On the consent of Sprite and its
24 attorneys, Sun and their attorneys, and good cause having been shown:
25    IT IS HEREBY ORDERED, ADJUDICATED AND DECREED:
26    1.   This Court has jurisdiction over these parties and the subject matter
27 herein.
28

2. Venue is proper in this judicial district.

3. Plaintiff, Sprite is a California corporation having its principal place of business located at 1791 Railroad Street, Corona, California, 92880.

4. Defendant Sun is a Texas corporation having its principal place of business located at 6310 Midway Road, Haltom City, Texas 76117.

5. Sun will remove any reference to Sprite or any products of Sprite, from any websites owned or operated by or for Sun, and destroy any printed advertising, promotional or sales materials, in any paper or electronic form, which references Sprite or any products of Sprite.

6. Sun, their officers, directors, principals, agents, servants, employees, successors and assigns, are hereby permanently enjoined and restrained from making any reference to Sprite or the products of Sprite on any website owned or operated by or for Sun, or in any advertising, promotional or sales materials distributed by or for Sun in any paper or electronic form.

7. Subject to the terms and conditions of this Consent Judgment, all claims and counterclaims of Plaintiff Sprite and Defendant Sun alleged in this action are dismissed with prejudice, with both parties bearing their own costs and attorneys fees. Jurisdiction is retained by this Court for the purpose of insuring compliance with the terms hereof, and enabling the parties to apply to this court for further orders regarding the enforcement, interpretation, and performance of the parties' Settlement Agreement.

IT IS HEREBY ORDERED.

Dated: __9/27/11

_____
Dale S. Fischer
United States District Court Judge

T:\Client Documents\SPRIT\069L\Consent Judgment.doc